**Order filed January 31, 2017**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-15-00977-CR

————————

**ERIK CATORCE MADRID, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Co Crim Ct at Law No 4
Harris County, Texas
Trial Court Cause No. 1970160

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 1 and State's Exhibit 2.

The exhibit clerk of the Co Crim Ct at Law No 4 is directed to deliver to the Clerk of this court the original of State's Exhibit 1 and State's Exhibit 2, on or before February 9, 2017. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 1 and State's Exhibit 2, to the clerk of the Co Crim Ct at Law No 4.

PER CURIAM